# Court of Appeals
# of the State of Georgia

ATLANTA,   March 21, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1343. DONALD LEE UBELE v. STATE OF GEORGIA.**

The superior court denied the filing of prison inmate Donald Lee Ubele's civil complaint.[1] Ubele filed this direct appeal from that order. We, however, lack jurisdiction.

Because Ubele is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996. OCGA § 42-12-1 et seq. Pursuant to OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." Under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court. This direct appeal is therefore DISMISSED for lack of jurisdiction. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/21/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] The trial court noted in its order that it had denied a petition for the same relief six months earlier.